IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

REGIONAL ENTERPRISES, INC.,

    Plaintiff,

v.                                    Civil Case No. 3:17-cv-202

ILLINOIS UNION INSURANCE COMPANY,

    Defendant.

## FINAL ORDER

On October 18, 2017, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 12.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: October 24, 2017
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge